

San Juan 30-11-2004

RECEIVED & FILED
04 DEC -8 PM 1:28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Hon. Juan M. Perez Jimenez
U.S. District Judge
U.S. District For The
District of Puerto Rico.

IN-RE   00-CR-089-01 (PG)

Honorable Juez Perez Jimenez:

Quien suscribe, **Jose Rafael Marte Pichardo**, acusado en el caso senalado arriba, fui sentenciado por su senoria en Enero 13 del 2004, a cumplir un termino de 12 meses despues de haber aceptado responsabilidad por una violacion al termino de supervision que me fue impuesto en dicho caso ( Entrar ilegal a territorio Americano despues de haber sido deportado); segun me comunico mi abogado esa sentencia usted me la adjudico concurrentemente con el termino de 37 meses que me fue impuesto por el delito de entrar ilegal a estado Unido. No obstante el BOP me computarizo la sentencia de 12 meses consecutivamente con la anterior, razon por la cual quisiera pedirle que revisara el record de dicha sentencia y de ser concurrente, emita una orden para que se me deje en libertad ya que entonces yo habria cumplido mi condena.

Le pido disculpa por los inconveniente que pueda causarle y por disponer de su ocupado tiempo.

Con el respeto que usted merece, queda de usted:

*Jose R. Marte*
Jose Rafael Marte Pichardo
Reg. No. 18913-069
MDC P.O. BOx 2147
San Juan, PR 00922-2147